**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **531 Management LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-5326890 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **684 Britton St**<br>**Bronx, NY 10467-7325**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Bronx**<br>County | **Location of principal assets, if different from principal place of business**<br><br>**3511 Cambridge Ave, 3941 White Plains Rd**<br>**Bronx, NY**<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | 531 Management LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above   Real Estate Development

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check all that apply:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |

Debtor    **531 Management LLC**                                     Case number (*if known*) _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| | |
|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:* <br> ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** (*Check all that apply.*) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br> What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br> Number, Street, City, State & ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br> Contact name _____ <br> Phone _____ |

■ **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:* <br> ■ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| **14. Estimated number of creditors** | ■ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than100,000 |
|---|---|---|---|
| **15. Estimated Assets** | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ■ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ■ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |

Debtor    **531 Management LLC** _____    Case number (if known) _____
            Name

▮▮▮▮▮    **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 28, 2017**
             MM / DD / YYYY

X _____    **Maurice Elmalem**
   Signature of authorized representative of debtor    Printed name

Title    **Managing Member**

**18. Signature of attorney**

X _____    Date    **February 28, 2017**
   Signature of attorney for debtor               MM / DD / YYYY

_____
Printed name

**Goldberg Weprin Finkel Goldstein LLP**
Firm name

**1501 Broadway 22nd Floor**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 221-5700**    Email address _____

_____
Bar number and State

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                          Chapter 11

531 Management LLC,                                             Case No.

                                Debtor.
-------------------------------------------------------------x

## DEBTOR'S DECLARATION
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

        MAURICE ELMALEM declares the following pursuant to 28 U.S.C. § 1746:

        1.      I am the manager and sole member of 531 Management LLC (the

"Debtor").   I submit this Declaration in accordance with Local Bankruptcy Rule 1007-2 in

support of the Debtor's filing of a voluntary petition under Chapter 11 of Title 11 of the United

States Code (the "Bankruptcy Code").

        2.      The Debtor is a real estate development and construction company which

is currently developing two residential buildings in the Bronx, located at 3511 Cambridge

Avenue (the "Cambridge Avenue Property") and 3941 White Plains Road (the White Plains

Road Property").

        3.      The Cambridge Avenue Property is a six story residential condominium,

with a day care center and gym.  The Cambridge Avenue Property has been under construction

since 2007.  In 2014, the Debtor, as seller, entered into a contract of sale (the "Contract") with

L.A.L. Property Management Corp. ("LAL"), as buyer, dated July 9, 2014, to sell the completed

building for the total sum of $5,300,000.

4.      At the time of the Contract, the Debtor had completed approximately seventy (70%) percent of the building, and expected to finish the project and close within six (6) months' time.

5.      Unfortunately, construction was delayed because of the Debtor's inability to connect the building to public sewer lines.   Instead, the Department of Environmental Protection required that the Debtor construct a completely new private sewer line, which took more than two years to complete at a substantial unanticipated cost of close to $800,000.

6.      Indeed, it took more than one year alone to obtain a new permit for the sewer lines.   As a result, the Debtor lost substantial sums carrying the property during the intervening down time.

7.      The sewer issues also negatively impacted the Debtor's ability to bring water, gas and electricity to the building, further delaying construction and adding to costs.

8.      Moreover, after the private sewer line was installed on June 10, 2016, the Debtor was required to repair the street at an additional cost of approximately $50,000.

9.      At this juncture, the Debtor has not yet finished construction, as the building is only about 85% complete.   The completion costs are close to $500,000, and the Debtor has already exhausted all of its capital for the project.

10.     The Contract with LAL was the second transaction involving the parties. Also on September 9, 2014, the Debtor entered into a separate, but inter-related contract with LAL to sell a contiguous building at 531 235th Street, Bronx, NY for $5,300,000.

11.     Although the Debtor experienced cost overruns with respect to the companion sale at 531 West 235th Street, the Debtor was able to complete the construction and close with LAL on July 30, 2015.  However, the costs overruns of more than $600,000 eroded

2

the Debtor's cash flow that could have been available to complete the Cambridge Avenue Property.

12.    To date, the Debtor has paid total development costs of $6,454,465 in connection with the Cambridge Avenue Property project, plus payment of interest on prior borrowings of $631,994.90, for a grand total in excess of $7.0 million.  Conversely, the contract price is only $5.3 million.  As such, the Contract is a losing venture and the Debtor's losses are only escalating.

13.    Importantly, however, separate and apart from the financial burdens of the Cambridge Avenue project, the Contract on its face violates the Rule against Perpetuities.  Under the Contract, LAL, as the purchaser, retains the right to extend a closing indefinitely without any outside date, strictly at its option, in the event a final certificate of occupancy was not obtained prior to November 15, 2015.

14.    The Debtor was unable to obtain a certificate of occupancy prior to that date and LAL has exercised its option to extend the closing indefinitely.

15.    Because it is possible that a final certificate of occupancy may never be obtained by the Debtor, the time to close is, and remains indefinite, creating a remote vesting of an interest in real property, which violates New York's Rule against Perpetuities, as codified in EPTL 9-1.1(b).

16.    Accordingly, the Debtor is seeking Chapter 11 relief for the purpose of challenging the continuing validity of the Cambridge Avenue Property Contract, either by way of an adversary proceeding seeking a declaratory judgment that the Contract is unenforceable as a matter of law, or even if valid, by moving to reject the Contract under Section 365 of the Bankruptcy Code.

3

17.     Timing is critical since the Debtor faces the prospect of forfeiting certain favorable 421-a tax benefits by year end without a permanent certificate of occupancy for the Cambridge Avenue Property.  Thus, bankruptcy is the most effective forum to deal with the Contract and the resulting uncertainty.

18.     Besides the Cambridge Avenue Property, the Debtor also owns the White Plains Road Property, which it purchased in 2014 for redevelopment as a four (4) story mixed-use residential and commercial building.

19.     Construction began at the White Plains Road Property in the spring of 2016.  Since that time, the Debtor has completed excavation and certain foundation work (including the basement and first floor).  The project still requires more than $1 million to complete.

20.     In sum, the Debtor does not want to see the White Plains Road Property become victim of the burdensome and legally defective Contract for Cambridge Avenue.

### Local Rule 1007 Disclosures

21.     Pursuant to Local Rule 1007-2(a)(2) and (3), no committees were formed prior to the filing of the Petition.

22.     Pursuant to Local Rule 1007-2(a)(4), a list of the names and addresses of the creditors holding the 20 largest unsecured claims against the Debtor is included with the Petition and Schedules being filed herewith.

23.     Pursuant to Local Rule 1007-2(a)(5), the Debtor has no secured creditors.

24.     Pursuant to Local Rule 1007-2(a)(6), a summary of the Debtor's assets and liabilities is set forth in the accompanying Schedules.

4

25.     Pursuant to Local Rule 1007-2(a)(7), a list of the equity holders of the Debtor is also attached hereto.

26.     Pursuant to Local Rule 1007-2(a)(8), none of the Debtor's assets is in the possession of a custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditor.

27.     Pursuant to Local Rule 1007-2(a)(9), the Debtor's has no interests in real property other than the Cambridge Avenue Property and the White Plains Road Property.

28.     Pursuant to Local Rule 1007-2(a)(10), the Debtor's books and records are maintained at the corporate headquarters at 684 Britton Street, Bronx, NY 10467-7325

29.     Pursuant to Local Rule 1007-2(a)(12), I am the managing member of the Debtor. I do not receive a salary from the Debtor. I receive a salary of $4,000 per month from an affiliate known as ICON Realty NY Corp., which provides certain building management services to the Debtor.

Dated: New York, New York
       February 28, 2017

                            531 Management LLC

                            By:     _____
                                    Name: Maurice Elmalem
                                    Title:  Manager

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                         Chapter 11

531 Management LLC,                                            Case No.

                            Debtor.

------------------------------------------------------------x

## <u>LIMITED LIABILITY COMPANY RESOLUTION</u>

At a special meeting of the Company held on February 28, 2017 and upon

the unanimous consent of the members of the Company after motion duly made and carried,

it was:

> **RESOLVED**, that Maurice Elmalem is herein confirmed as
> the manager of the Debtor, with due authority to execute and
> caused to be filed a bankruptcy petition under Chapter 11 of
> the United States Bankruptcy Code on behalf of the
> Company; and it is further

> **RESOLVED**, that the Company is authorized to retain the
> law firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN
> LLP, as bankruptcy counsel for the purpose of filing and
> prosecuting the Company's Chapter 11 case.

Dated: New York, New York
February 28, 2017

                            531 Management LLC

                            By: _____
                                Name: Maurice Elmalem
                                Title:  Manager

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                          Chapter 11

531 Management LLC,                                             Case No.

                              Debtor.
-------------------------------------------------------------x

## LIST OF EQUITY HOLDERS

Maurice Elmalem  100 % Member

Dated: New York, New York
       February 26, 2017

                              531 Management LLC

                              By:
                                   Name: Maurice Elmalem
                                   Title:   Manager

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                              Chapter 11

531 Management LLC,                                                 Case No.

                                  Debtor.
--------------------------------------------------------------x

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, 531 Management

LLC certifies that it is a private non-governmental party, and has no corporate

parent, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       February 2̶9̶ , 2017

                                       531 Management LLC

                                       By: _____
                                           Name: Maurice Elmalem
                                           Title:   Manager

**Fill in this information to identify the case:**

Debtor name | 531 Management LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| LAL Property Management Corp 240 Belmont Ave Belleville, NJ 07109-1102 | | | Disputed | | | $5,300,000.00 |
| A&S Iron Works 157 W 179th St Bronx, NY 10453-2901 | | | | | | $220,000.00 |
| Junior Carter Mechanical 3935 White Plains Rd # A Bronx, NY 10466-3000 | | | | | | $195,000.00 |
| M&G Structural Excavation 92 Old Route 6 Carmel, NY 10512-2132 | | | | | | $176,000.00 |
| Maurice Contractors 684 Britton St Bronx, NY 10467-7325 | | Professional services | | | | $165,171.00 |
| Maurice Contractors 684 Britton St Bronx, NY 10467-7325 | | | | | | $150,000.00 |
| Junior Carter Mechanical 3935 White Plains Rd # A Bronx, NY 10466-3000 | | Professional services | | | | $95,764.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   __531 Management LLC_____    Case number *(if known)* _____

     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Marcus & Millichap 270 Madison Ave New York, NY 10016-0601 | Marco Lala | | Disputed | | | $75,000.00 |
| Power Surge Electrician Inc. 12220 Montauk St Springfield Gardens, NY 11413-1034 | | Services | | | | $73,000.00 |
| RJK Construction Tommy Block-Brick 268 E 236th St Bronx, NY 10470-2114 | | Services | | | | $55,000.00 |
| Julio Leder Luis Building Design 66 Main St Yonkers, NY 10701-2772 | | Services | | | | $45,000.00 |
| Eastern Air Mechanica Inc PO Box 650207 Fresh Meadows, NY 11365-0207 | | Professional services | | | | $35,265.00 |
| A&S Iron Works 157 W 179th St Bronx, NY 10453-2901 | | Professional services | | | | $32,660.00 |
| Julio Leder Luis Architechture/Expediti 66 Main St Yonkers, NY 10701-2772 | | Professional services | | | | $32,000.00 |
| Matos Concrete, Sidewalk 20 Jill Ct Patterson, NY 12563-2766 | | Professional services | | | | $29,750.00 |
| The WS Group LLC 152 Madison Ave # 200 New York, NY 10016-5497 | | Professional services | | | | $25,000.00 |
| Latty's General Plumbing 1058 E Gun Hill Rd Bronx, NY 10469-3745 | | Services | | | | $24,000.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   **531 Management LLC**                                                              Case number *(if known)* _____
         _____Name_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Metric Consulting 184 Engineering Dr Hicksville, NY 11801** | | | | | | **$19,280.00** |
| **Marine Park Appliances 3412 Avenue N Brooklyn, NY 11234-2607** | | **Professional services** | | | | **$16,950.00** |
| **Metric Consulting 184 Engineers Dr Hicksville, NY 11801-6543** | | **Professional services** | | | | **$16,780.00** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **531 Management LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

| | | |
|---|---|---|
| 2. | **Cash on hand** | $0.00 |
| 2. | **Cash on hand** | $771,822.53 |
| 2. | **Cash on hand** | $6,196.62 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | |
|---|---|---|
| 3.1. | **Junior Carter Mechanical - Deposit (Cambridge)** | $25,000.00 |
| 3.2. | **Junior Carter Mechanical - Deposit (White Plains)** | $25,000.00 |
| 3.3. | **AC Morgan (Cambridge)** | $8,000.00 |
| 3.4. | **Power Surge (White Plains)** | $7,000.00 |
| 3.5. | **RJK Construction (White Plains)** | $14,000.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

Debtor    **531 Management LLC**                                    Case number (If known) _____
                Name

| | | | | | |
|---|---|---|---|---|---|
| 3.6. | **Julio Leder (White Plains)** | | | | $40,000.00 |
| 3.7. | **KE Consulting (White Plains)** | | | | $2,500.00 |

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.                                                         $899,519.15
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**
6. Does the debtor have any deposits or prepayments?

■ No   Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**
10. Does the debtor have any accounts receivable?

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**
13. Does the debtor own any investments?

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**
18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials **Miscellaneous Consturction tools** | | $10,000.00 | | $10,000.00 |

20.    Work in progress

21.    Finished goods, including goods held for resale

22.    Other inventory or supplies

23.    Total of Part 5.                                                         $10,000.00
        Add lines 19 through 22.  Copy the total to line 84.

24.    Is any of the property listed in Part 5 perishable?
        ■ No

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    __531 Management LLC_____     Case number (if known) _____
              Name

☐ Yes

25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
     ■ No
     ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?
     ■ No
     ☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38 Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

   ■ No. Go to Part 8.
   ☐ Yes Fill in the information below.

## Part 8:    Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

## Part 9:    Real property

54. Does the debtor own or lease any real property?

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **3511 Cambridge Ave, Bronx, NY 10463-1702** | | $5,300,000.00 | | $5,300,000.00 |
| 55.2. **3941 White Plains Rd, Bronx, NY 10466-3025** | | $500,000.00 | | $500,000.00 |

56.  Total of Part 9.
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.                                                    | $5,800,000.00 |

57.  . Is a depreciation schedule available for any of the property listed in Part 9?

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   __531 Management LLC_____   Case number (If known) _____
         Name

■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit
      has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims**

76.   **Trusts, equitable or future interests in property**
      **Closing Escrow**
      **Re: 531 West 253 Street**
      **attn: Kenneth H. Wurmann**
      **111 Great Neck Road,**
      **Great Neck, NY 11021**_____              ____$530,000.00

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

78.   **Total of Part 11.**                                                  | $530,000.00 |

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **531 Management LLC**                                    Case number *(if known)* _____
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $899,519.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................> | | $5,800,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $530,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,439,519.15 | + 91b. $5,800,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,239,519.15 |

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 5

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

<table>
<tbody>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><strong>531 Management LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</tbody>
</table>

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **531 Management LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **unknown** | **$0.00** |
| **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,000.00** | **$0.00** |
| **NYC Dep't of Finance**<br>**Legal Affairs**<br>**345 Adams St Fl 3**<br>**Brooklyn, NY 11201-3719** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**3511 Cambridge Ave - Property Tax** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Debtor    **531 Management LLC**
_____    Case number (if known) _____
          Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | unknown | $0.00 |
|---|---|---|---|---|---|

**NYS Dep't of Taxation**
**Bankruptcy/Special Procedure**
**PO Box 5300**
**Albany, NY 12205-0300**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,660.00 |
|---|---|---|---|

**A&S Iron Works**

**157 W 179th St**
**Bronx, NY 10453-2901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: **Steel Work (Cambridge Avenue)**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220,000.00 |
|---|---|---|---|

**A&S Iron Works**

**157 W 179th St**
**Bronx, NY 10453-2901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: **Steel Framing Structural (White Plains Rd)**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,500.00 |
|---|---|---|---|

**A.C. Morgan Electrics**

**3601 Riverdale Ave**
**Bronx, NY 10463-1805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: **Electrical (Cambridge Avenue)**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**AC Boring Inc.**

**PO Box 340187**
**Jamaica, NY 11434-0187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: **Test Boring (White Plains Rd)**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00 |
|---|---|---|---|

**Alite Wood Floors**

**45 US Highway 46 # 604**
**Pine Brook, NJ 07058-9390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: **Wood Floors (Cambridge Avenue)**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **531 Management LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **3.6** | Nonpriority creditor's name and mailing address<br>**Arturo Wood Work**<br><br>2572 Park Ave<br>Bronx, NY 10451-6010<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$5,700.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Kitchen & Cabinets (Cambridge Avenue)<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.7** | Nonpriority creditor's name and mailing address<br>**Con Edison**<br><br>511 Theodore Fremd Ave # 2F<br>Bronx, NY 10580-1432<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*  **$10,285.00**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: (White Plains Rd)<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.8** | Nonpriority creditor's name and mailing address<br>**Eastern Air Mechanica Inc**<br><br>PO Box 650207<br>Fresh Meadows, NY 11365-0207<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$35,265.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Air Conditioning Heating / Ventilation (Cambridge Avenue)<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.9** | Nonpriority creditor's name and mailing address<br>**Erlandsen Crowel & Shaw City Land**<br><br>241 Jericho Tpke<br>New Hyde Park, NY 11040-4516<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$1,800.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Land Surverying (Cambridge Avenue)<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.10** | Nonpriority creditor's name and mailing address<br>**Gary Rosen Law Firm**<br><br>1010 Northern Blvd # 308<br>Great Neck, NY 11021-5329<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$9,500.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Legal Fees (Cambridge Avenue)<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.11** | Nonpriority creditor's name and mailing address<br>**Hamed Roofing Express Contracting**<br><br>2716 Tenbroeck Ave<br>Bronx, NY 10469-5325<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*  **$5,795.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Roofing & Pointing (Cambridge Avenue)<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.12** | Nonpriority creditor's name and mailing address<br>**Julio Leder Luis Architechture/Expediti**<br><br>66 Main St<br>Yonkers, NY 10701-2772<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*  **$32,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Architecture & Expediting (Cambridge Avenue)<br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor    **531 Management LLC**
_____    Case number (if known) _____
          Name

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,000.00 |
|------|---|---|---|

**Julio Leder Luis Building Design**

☐ Contingent
☐ Unliquidated
☐ Disputed

66 Main St
Yonkers, NY 10701-2772

Basis for the claim:  **Architectural & Expediting (White Plains Rd)**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95,764.00 |
|------|---|---|---|

**Junior Carter Mechanical**

☐ Contingent
☐ Unliquidated
☐ Disputed

3935 White Plains Rd # A
Bronx, NY 10466-3000

Basis for the claim:  **General Plumbing, Gas, Sewer, Heat, Water (Cambridge Avenue)**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195,000.00 |
|------|---|---|---|

**Junior Carter Mechanical**

☐ Contingent
☐ Unliquidated
☐ Disputed

3935 White Plains Rd # A
Bronx, NY 10466-3000

Basis for the claim:  **General Plumbing, Sewage, Gas, Heat, Water (White Plains Rd)**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,300.00 |
|------|---|---|---|

**KE Consulting Engineering PLLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

116 Nassau St
New York, NY 10038-2402

Basis for the claim:  **Engineering (White Plains Rd)**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,500.00 |
|------|---|---|---|

**Kevin Byrne Architecture**

☐ Contingent
☐ Unliquidated
☐ Disputed

3254 Cambridge Ave
Bronx, NY 10463-3617

Basis for the claim:  **Architecture (Cambridge Avenue)**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,300,000.00 |
|------|---|---|---|

**LAL Property Management Corp**

☐ Contingent
☐ Unliquidated
■ Disputed

240 Belmont Ave
Belleville, NJ 07109-1102

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,000.00 |
|------|---|---|---|

**Latty's General Plumbing**

☐ Contingent
☐ Unliquidated
☐ Disputed

1058 E Gun Hill Rd
Bronx, NY 10469-3745

Basis for the claim:  **Sewer & Gas Water Main (White Plains Rd)**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | 531 Management LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176,000.00 |
|---|---|---|---|
| | **M&G Structural Excavation** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 92 Old Route 6 | ☐ Disputed | |
| | Carmel, NY 10512-2132 | | |
| | Date(s) debt was incurred __ | Basis for the claim:  Building & Excavation (White Plains Rd) | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|
| | **Marcus & Millichap** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 270 Madison Ave | ■ Disputed | |
| | New York, NY 10016-0601 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,950.00 |
|---|---|---|---|
| | **Marine Park Appliances** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 3412 Avenue N | ☐ Disputed | |
| | Brooklyn, NY 11234-2607 | | |
| | Date(s) debt was incurred __ | Basis for the claim:  Appliance (Cambridge Avenue) | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,750.00 |
|---|---|---|---|
| | **Matos Concrete, Sidewalk** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 20 Jill Ct | ☐ Disputed | |
| | Patterson, NY 12563-2766 | | |
| | Date(s) debt was incurred __ | Basis for the claim:  Building Structural Concrete (Cambridge Avenue) | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165,171.00 |
|---|---|---|---|
| | **Maurice Contractors** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 684 Britton St | ☐ Disputed | |
| | Bronx, NY 10467-7325 | | |
| | Date(s) debt was incurred __ | Basis for the claim:  General Contractors (Cambridge Avenue) | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|
| | **Maurice Contractors** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 684 Britton St | ☐ Disputed | |
| | Bronx, NY 10467-7325 | | |
| | Date(s) debt was incurred __ | Basis for the claim:  Construction Supervision (White Plains Rd) | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,780.00 |
|---|---|---|---|
| | **Metric Consulting** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 184 Engineers Dr | ☐ Disputed | |
| | Hicksville, NY 11801-6543 | | |
| | Date(s) debt was incurred __ | Basis for the claim:  Concrete Testing (Cambridge Avenue) | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | 531 Management LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address
**Metric Consulting**

184 Engineering Dr
Hicksville, NY 11801

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Concrete Testing (White Plains Rd)

Is the claim subject to offset? ■ No ☐ Yes

**$19,280.00**

---

**3.28** | Nonpriority creditor's name and mailing address
**New York City Fire Alarm**

16032 Willets Point Blvd
Whitestone, NY 11357-3342

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Building Fire Alarm & Carbon (Cambridge Avenue)

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

**3.29** | Nonpriority creditor's name and mailing address
**Otis Elevator**

PO Box 109615
Palm Beach Gardens, FL 33410-9615

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Elevator Installation/Maintenance (Cambridge Avenue)

Is the claim subject to offset? ■ No ☐ Yes

**$3,300.00**

---

**3.30** | Nonpriority creditor's name and mailing address
**Power Surge Electrician Inc.**

12220 Montauk St
Springfield Gardens, NY 11413-1034

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Master Electrical (White Plains Rd)

Is the claim subject to offset? ■ No ☐ Yes

**$73,000.00**

---

**3.31** | Nonpriority creditor's name and mailing address
**RJK Construction Tommy Block-Brick**

268 E 236th St
Bronx, NY 10470-2114

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Masonry, Block & Work (White Plains Rd)

Is the claim subject to offset? ■ No ☐ Yes

**$55,000.00**

---

**3.32** | Nonpriority creditor's name and mailing address
**The WS Group LLC**

152 Madison Ave # 200
New York, NY 10016-5497

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounting Fees

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.33** | Nonpriority creditor's name and mailing address
**US Chute Compactor**

607 Bantam Rd
Bantam, CT 06750-1634

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Garbage Chute

Is the claim subject to offset? ■ No ☐ Yes

**$1,621.25**

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

---

Debtor    **531 Management LLC**                                          Case number (if known) _____
          Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Steven J. Peddy, Esq.<br>Berkman Henoch Peterson Peddy & Fenchel,<br>100 Garden City Plz<br>Garden City, NY 11530-3203 | Line **3.18**<br><br>☐ Not listed. Explain _____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 1,000.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 6,869,221.25 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 6,870,221.25 |

Fill in this information to identify the case:

Debtor name    **531 Management LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)     _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **With LAL Property Management Corp. Re: Cambridge Avenue Various construction contracts with Contractors** |
| | State the term remaining | |
| | List the contract number of any government contract | _____     **Sale Agreement** _____ |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Fill in this information to identify the case: |
|---|
| Debtor name **531 Management LLC** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,
Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | _____ Street _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | _____ Street _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | _____ Street _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **531 Management LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.............................................................    $    5,800,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................    $    1,439,519.15

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................    $    7,239,519.15

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A *Amount of claim*, from line 3 of *Schedule D*....................    $    0.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................    $    1,000.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............    +$    6,869,221.25

4.  **Total liabilities** ...............................................................
    Lines 2 + 3a + 3b                                                                    $    6,870,221.25

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **531 Management LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 28, 2017**    X _____
Signature of individual signing on behalf of debtor

**Maurice Elmalem**
Printed name

**Managing Member**
Position or relationship to debtor

**United States Bankruptcy Court**
**Southern District of New York, Manhattan Division**

IN RE:                                                                     Case No. _____

531 Management LLC _____        Chapter 11 _____
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: February 28, 2017 _____        Signature: _____

                                                    **Maurice Elmalem, Managing Member**
                                                                                        Debtor


Date: _____        Signature: _____

                                                                                        Joint Debtor, if any

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

A&S Iron Works
157 W 179th St
Bronx, NY  10453-2901


A.C. Morgan Electrics
3601 Riverdale Ave
Bronx, NY  10463-1805


AC Boring Inc.
PO Box 340187
Jamaica, NY  11434-0187


Alite Wood Floors
45 US Highway 46 # 604
Pine Brook, NJ  07058-9390


Arturo Wood Work
2572 Park Ave
Bronx, NY  10451-6010


Con Edison
511 Theodore Fremd Ave # 2F
Bronx, NY  10580-1432


Eastern Air Mechanica Inc
PO Box 650207
Fresh Meadows, NY  11365-0207

Erlandsen Crowel & Shaw City Land
241 Jericho Tpke
New Hyde Park, NY  11040-4516


Gary Rosen Law Firm
1010 Northern Blvd # 308
Great Neck, NY  11021-5329


Hamed Roofing Express Contracting
2716 Tenbroeck Ave
Bronx, NY  10469-5325


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346


Julio Leder Luis Architechture/Expediti
66 Main St
Yonkers, NY  10701-2772


Julio Leder Luis Building Design
66 Main St
Yonkers, NY  10701-2772


Junior Carter Mechanical
3935 White Plains Rd # A
Bronx, NY  10466-3000

KE Consulting Engineering PLLC
116 Nassau St
New York, NY  10038-2402


Kevin Byrne Architecture
3254 Cambridge Ave
Bronx, NY  10463-3617


LAL Property Management Corp
240 Belmont Ave
Belleville, NJ  07109-1102


Latty's General Plumbing
1058 E Gun Hill Rd
Bronx, NY  10469-3745


M&G Structural Excavation
92 Old Route 6
Carmel, NY  10512-2132


Marcus & Millichap
270 Madison Ave
New York, NY  10016-0601


Marine Park Appliances
3412 Avenue N
Brooklyn, NY  11234-2607

Matos Concrete, Sidewalk
20 Jill Ct
Patterson, NY  12563-2766


Maurice Contractors
684 Britton St
Bronx, NY  10467-7325


Metric Consulting
184 Engineers Dr
Hicksville, NY  11801-6543


Metric Consulting
184 Engineering Dr
Hicksville, NY  11801


New York City Fire Alarm
16032 Willets Point Blvd
Whitestone, NY  11357-3342


NYC Dep't of Finance
Legal Affairs
345 Adams St Fl 3
Brooklyn, NY  11201-3719


NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY  12205-0300

Otis Elevator
PO Box 109615
Palm Beach Gardens, FL   33410-9615


Power Surge Electrician Inc.
12220 Montauk St
Springfield Gardens, NY   11413-1034


RJK Construction Tommy Block-Brick
268 E 236th St
Bronx, NY   10470-2114


Steven J. Peddy, Esq.
Berkman Henoch Peterson Peddy & Fenchel,
100 Garden City Plz
Garden City, NY   11530-3203


The WS Group LLC
152 Madison Ave # 200
New York, NY   10016-5497


US Chute Compactor
607 Bantam Rd
Bantam, CT   06750-1634